Bennett et al. *v.* The State ex rel. Curry.

*Per Curiam.*—The judgment below is reversed, with costs. Cause remanded, &c.

*H. Secrest* and *S. Turman*, for the appellant.

*Williamson & Daggy*, for the appellee.

———————— ✦✦ ————————

BENNETT *et al.* v. THE STATE *ex rel.* CURRY.

PRACTICE IN SUPREME COURT.—Errors assigned in this Court, and simply copied into the brief of the party making the assignment, without argument or authority in support of them, will not be considered by this Court.

APPEAL from the *Hancock* Circuit Court.

DAVISON, J.—This was an action against a constable and his sureties on his official bond. The bond is in the penalty of 1000 dollars, and conditioned in the usual form. It is averred that *Bennett*, who was the constable, in *April*, 1859, appointed and legally authorized one *Warner G. Smoot* to act as his deputy, and *Smoot*, being thus deputized, afterward, on the 27th of *November*, by virtue of an execution issued by one *Matthews*, a justice of the peace, in favor of *George Day* and *Bowen Matlock* against *Curry*, the relator, levied on certain articles of personal property, as the property of said relator, amounting, as per schedule filed with the complaint, to 217 dollars. It is further averred that the relator, on the 20th of *December*, 1859, and before the property was on execution, offered for sale, made out and delivered said schedule of his property to said deputy constable, and demanded that the same be set apart to him as exempt from execution; he then and there being a resident householder of the township, &c., which demand was, by the said deputy, refused, &c.

Defendants demurred to the complaint, but the demurrer was overruled.

Issues having been made, the cause was submitted to a jury, who found for the plaintiff. New trial refused and judgment.

Various errors are assigned, but the appellant, in his brief, presents no argument or authority in support of them. He simply recites the assignment of errors as it stands on the record; and this being the fact, the cause before us must be deemed as without a brief. *Parker* v. *Hastings*, 12 Ind. 654. See also Rule 28 of this Court, Ind. Dig. p. 722. The errors assigned will not, therefore, be noticed. We have, however, looked into the record and perceive nothing amiss in the rulings of the Court or the conclusion of the jury.

*Per Curiam.*—The judgment is affirmed, with five per cent. damages, and costs.

*T. D. & R. L. Walpole*, and *Riley & Hough* for the appellant.